IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

SEALED,
Defendant.

Criminal No. 25-240 (FAB)

## MOTION TO SEAL

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. The accompanying envelope contains an Indictment being returned and an arrest warrants being requested.

2. The United States respectfully requests that the Indictment and arrest warrant **remain under seal** until the arrest of the defendant. Once the defendant is arrested and brought before this Court, the Indictment and arrest warrants may be unsealed.

**WHEREFORE**, the United States respectfully prays the Court accept and file the above-mentioned pleading, take appropriate action, and that an order be issued directing the Indictment and arrest warrant to remain under seal until further Order of the Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21th day of May, 2025.

W. STEPHEN MULDROW
United States Attorney

/s/ Scott Anderson
Scott Anderson – G00214
Assistant U.S. Attorney
U.S. Attorney's Office 350
Carlos Chardón Ave.
Torre Chardón, Suite 1201
San Juan, Puerto Rico 00918
Tel: (787) 766-5656

**GRANTED, in San Juan, Puerto Rico, this 21st day of May, 2025.**
**By:    s/Marshal D. Morgan**
**United States Magistrate Judge**

*RECEIVED & FILED CLERK'S OFFICE MAY 21 2025 US DISTRICT COURT SAN JUAN, PR*